November 18, 1913.  Judgments appealed from affirmed.  *Mr. Charles E. Foote, fiscal,* for The People.  The appellant did not appear.

---

No. 1055.  ROBLEDO, PLAINTIFF AND RESPONDENT, *v.* SOLA DEFENDANT AND APPELLANT.—Appeal from the District Court of Humacao.  Motion of respondent to dismiss the appeal. Decided November 18, 1913.  Appeal dismissed because the transcript of the record was not filed.  *Mr. Carlos Travecier* for respondent.  The appellant did not appear.

---

No. 1056.  DÁVILA, PLAINTIFF AND APPELLANT, *v.* BERRÍOS, DEFENDANT AND RESPONDENT.—Appeal from the District Court of Humacao.  Motion of respondent to dismiss the appeal. Decided November 18, 1913.  Appeal dismissed because of failure to file the transcript of the record. · *Mr. Francisco González* for respondent.  The appellant did not appear.

---

No. 68.  EX PARTE LUIS L. YORDÁN DÁVILA, PETITIONER.— Motion for substitution of bondsman on a personal notarial bond.  Decided November 21, 1913.  Bond considered terminated as regards the substituted bondsman, to take effect October 9, 1913.  New notarial bond approved.  The petitioner appeared *pro se.*

---

No. 84.  EX PARTE CARLOS F. CHARDON Y LEÓN, PETITIONER.—Motion for substitution of bondsman on a personal notarial bond.  Bond considered terminated as regards the substituted bondsman, to take effect October 9, 1913.  New notarial bond approved.  *Mr. Luis Yordán Dávila* for petitioner.